HILL RIVKINS

HILL RIVKINS LLP
45 Broadway, Suite 2110, New York, NY 10006-3776
Tel: 212 669-0600 Fax: 212 669-0698
e-mail: thefirm@hillrivkins.com
Website: www.hillrivkins.com

July 14, 2026

**Via CM/ECF System**

The Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 11D
New York, NY 10007-1312

**Re: Letter Request to Adjourn Initial Pretrial Teleconference**
*Zurich Kotak Gen. Ins. Co. (India) Ltd. v. Kuehne + Nagel Inc.*
SDNY Case No. 26-cv-4774 (PKC)
-----------------------------------------------------------------------

Dear Judge Castel:

We represent Plaintiffs Zurich Kotak General Insurance Co. (India) Ltd. and Certain Interested Underwriters Subscribing to Policy No. EM100221-25 (together "Plaintiffs") in the above-referenced action.

Pursuant to section 1(C) of Your Honor's individual rules, we write with the consent of Defendant Kuehne + Nagel Inc. ("K+N") to respectfully request a 30-day adjournment of (a) the initial pretrial conference currently scheduled for July 31, 2026 at 11:00 a.m., and (b) the corresponding deadline for the parties to submit their proposed case management plan. *See* ECF 5. This is the first such request.

Defendant K+N executed a waiver of service on July 2, 2026, under which its answer is currently due by August 24, 2026. *See* ECF 6. K+N has not yet appeared through counsel in this action. Meanwhile, Plaintiffs' undersigned counsel will be away on a family vacation from July 27-31, 2026. Accordingly, we respectfully request that the initial conference be adjourned as an accommodation to a date after August 31, 2026.

We thank the Court for its consideration of the foregoing request and stand by ready to answer any questions that the Court may have regarding this action.

Respectfully submitted,
HILL RIVKINS LLP

Justin M. Heilig

Initial conference is adjourned from July 31, 2026 to September 2, 2026 at 2:00 p.m. Call-In: 1-855-244-8681, Access Code: 2305 810 3970#.
SO ORDERED.
Dated: 7/15/2026

P. Kevin Castel
United States District Judge