HILL RIVKINS

HILL RIVKINS LLP
45 Broadway, Suite 2110, New York, NY 10006-3776
Tel: 212 669-0600 Fax: 212 669-0698
e-mail: thefirm@hillrivkins.com
Website: www.hillrivkins.com

JUSTIN M. HEILIG
Direct: (212) 669-0644
jheilig@hillrivkins.com

August 20, 2026

Initial conference is adjourned from September 2, 2026 November 6, 2026 at 10:30 a.m. Call-In: 1-855-244-8681, Access Code: 2305 810 3970#.
SO ORDERED.
Dated: 8/21/2026

P. Kevin Castel
United States District Judge

**Via CM/ECF System**

The Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 11D
New York, NY 10007-1312

**Re: Letter Request to Adjourn Initial Pretrial Teleconference**
*Zurich Kotak Gen. Ins. Co. (India) Ltd. v. Kuehne + Nagel Inc.*
SDNY Case No. 26-cv-4774 (PKC)

Dear Judge Castel:

We represent the Plaintiffs, Zurich Kotak General Insurance Company (India) Limited and Certain Interested Underwriters Subscribing to Policy No. EM100221-25 (together "Plaintiffs"), in the above-referenced action.

Pursuant to section 1(C) of Your Honor's individual rules, we write jointly with counsel for Defendant/Third-Party Plaintiff Kuehne + Nagel Inc. ("K+N") to respectfully request a 60-day adjournment of (a) the initial pretrial conference currently scheduled for September 2, 2026 at 2:00 p.m., and (b) the corresponding deadline for the parties to make their pre-conference submissions. *See* ECF 5. This is the second such request.

K+N recently filed its answer to Plaintiffs' complaint and brought a third-party action against Wan Hai Lines (Singapore) Pte Ltd. ("Wan Hai") on August 20, 2026. *See* ECF #11.

We respectfully request that the initial conference be adjourned to a date after November 2, 2026 so that Wan Hai can be served with process and given an opportunity to participate in the formulation of the parties' proposed case management plan. The requested adjournment would also permit Plaintiffs and K+N to explore the possibility of an amicable resolution with Wan Hai's involvement.

We thank the Court for its consideration of the foregoing request and stand by ready to answer any questions that the Court may have regarding this action.

Respectfully submitted,
HILL RIVKINS LLP

Justin M. Heilig